# IN THE SUPREME COURT OF TEXAS

No. 16-0922

ALTESSE HEALTHCARE SOLUTIONS, INC., AND
SHAWNA BOUDREAUX, PETITIONERS,

v.

ALLEN WILSON AND BECKY WILSON, RESPONDENTS

ON PETITION FOR REVIEW FROM THE
COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS

## JUDGMENT

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Fifth District, and having considered the appellate record and counsels' briefs, but without hearing oral argument under Texas Rule of Appellate Procedure 59.1, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The judgment of the court of appeals is reversed;

2) The cause is remanded to the trial court for further proceedings consistent with this Court's opinion; and

3) Altesse Healthcare Solutions, Inc. and Shawna Boudreaux shall recover, and Allen and Becky Wilson shall pay, the costs incurred in this Court and in the court of appeals.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the Fifth District and to the District Court of Collin County, Texas, for observance.

Opinion of the Court delivered Per Curiam

February 23, 2018

\*\*\*\*\*\*\*\*\*\*